**UNITED STATES of America,
Plaintiff–Appellee,**

v.

Carlos Aroldo BRACAMONTE–RO-
SALES, also known as Carlos Braca-
monte–Raciales, Defendant–Appel-
lant.

No. 06–40435
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

March 7, 2007.

James Lee Turner, Assistant U.S. Attor-
ney, U.S. Attorney's Office, Southern Dis-
trict of Texas, Houston, TX, for Plaintiff–
Appellee.

Marjorie A. Meyers, Federal Public De-
fender, H. Michael Sokolow, Federal Pub-
lic Defender's Office, Southern District of
Texas, Houston, TX, for Defendant–Appel-
lant.

Before KING, WIENER, and OWEN,
Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal
Case, Carlos Aroldo Bracamonte–Rosales
raises arguments that are foreclosed by
*Almendarez–Torres v. United States,* 523
U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d
350 (1998), which held that 8 U.S.C.
§ 1326(b)(2) is a penalty provision and not
a separate criminal offense. The Govern-

\* Pursuant to 5TH CIR. R. 47.5, the court has
  determined that this opinion should not be
  published and is not precedent except under

ment's motion for summary affirmance is
GRANTED, and the judgment of the dis-
trict court is AFFIRMED.

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.